■ DAVID GORFINKEL, Plaintiff, v. FIRST NATIONAL BANK IN YONKERS, Defendant and Third-Party Plaintiff-Respondent. SYLVESTER W. DEL BELLO, Individually and as Committee of ELLEN SNYDER, Also Known as ELLEN ELLIOTT, a Deceased Incompetent Person, Third-Party Defendant-Appellant.— In an action by the beneficiary of a trust account against a bank to recover the sums on deposit at the time of the withdrawal of the funds by the committee of the incompetent depositor without court order, the third-party defendant (the committee) appeals from an order of the Supreme Court, Westchester County, entered May 13, 1960, denying his motion to dismiss the third-party complaint on the ground that there is another action pending between the same parties for the same cause, and also on the ground of insufficiency. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JOSEPH HARRIS, Appellant, v. JUSTINE L. LAMBERT, Respondent, et al., Defendants.—In an action to foreclose a tax lien, plaintiff appeals from an order of the County Court of Suffolk County, dated January 11, 1960, which *inter alia*, vacates and sets aside the judgment of foreclosure and sale of a tax lien certificate, unconditionally opens the default of defendant Lambert and grants said defendant leave to serve an answer. The supplemental record has been considered by the court on this appeal. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.